# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:23-cr-20437-PCH

**UNITED STATES OF AMERICA**,

v.

**LINCOLN VELEZ TAVERAS,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 16], entered on November 16, 2023.  In the R&R, Judge Becerra found that the Defendant Lincoln Velez Taveras, freely and voluntarily entered a plea of guilty to the crime charged in the Information, which is unlawful reentry into the United States after having previously been removed under 8 U.S.C. §§ 1326(a), (b)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of the crime charged in the Information, and that a sentencing hearing be conducted for final disposition of this matter.  On November 20, 2023, the Government and Defendant filed a Joint Notice of Non-Objection to the R&R [ECF No. 17].  Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea [ECF No. 16] is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to the crime charged in the

Information; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, November 27, 2023, at 2:30 PM**.

     **DONE AND ORDERED** in Miami, Florida on November 21, 2023.


PAUL C. HUCK
UNITED STATES DISTRICT JUDGE


Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record